

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,099-01

### EX PARTE LEONARD DESHAWN SCOTT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W14-45581-Q(A) IN THE 204TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of aggravated sexual assault and sentenced to forty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Scott v. State*, No. 05-17-01193-CR (Tex. App. — Dallas Aug. 20, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On March 20, 2020, the trial court entered an order designating issues. The district clerk forwarded this application to this Court before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 15, 2020

Do not publish